1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

YOUNG YIL JO,                                    CASE NO. 1:12-cv-00074-AWI-SKO PC

              Plaintiff,                        ORDER DISMISSING ACTION, WITH
                                                 PREJUDICE, FOR FAILURE TO STATE A
   v.                                           CLAIM

SIX UNKNOWN NAMES AGENTS, et al.,                (Doc. 1)

              Defendants.

_____/

      Plaintiff Young Yil Jo is a federal prisoner currently housed at the Airpark Unit Correctional Center in Big Spring, Texas.[1]  To date, Plaintiff has filed more than one-hundred fifty civil cases in this district.  The complaint in this action is rambling and incoherent, and it fails to state any cognizable claims under federal law.  Ashcroft v. Iqbal, 556 U.S. 662, __, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly,  550 U.S. 544, 555, 127 S.Ct. 1955, 1965 (2007).  Given this litigant's abusive filing practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not warranted.  Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

      Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   January 24, 2012                                          
                                     CHIEF UNITED STATES DISTRICT JUDGE

_____

[1] Although Plaintiff purportedly brings this action on behalf of himself and Yim Yorn, Plaintiff may not represent other litigants, Fymbo v. State Farm Fire & Casualty Co., 213 F.3d 1320, 1321 (2000); Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987), and Yim Yorn did not sign the complaint, Fed. R. Civ. P. 11(a); Local Rule 131.  Therefore, Yim Yorn is not a plaintiff in this action.